IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

Plaintiff:
STATE FARM FIRE & CASUALTY COMPANY

v.

Defendants:
MARLEY ENGINEERED PRODUCTS,
SPX CORPORATION, and BERKO ELECTRIC
MANUFACTURING CORPORATION

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, and D.C.COLO.LCivR 81.1, Marley Engineered Products and SPX Corporation (collectively, "Defendants"), remove this action from the District Court, Routt County, Colorado, to the United States District Court for the District of Colorado.

1.  Plaintiff filed a Complaint against Defendants in the District Court of Routt County, Colorado on January 13, 2022. The case is numbered 2022CV030005.

2.  A copy of the Complaint, Summons, and Civil Case Cover Sheet are attached as **Exhibit A**.

3.  A copy of the docket sheet is attached as **Exhibit B**.

4.  Plaintiff's Complaint alleges Defendants manufactured a heater which was installed at a residential property at 36857 Tree Haus Dr., Steamboat Springs, CO 80487, and that the heater caused a fire in the residence on March 1, 2020. Plaintiff is the insurer of the residence and asserts claims against Defendants for negligence, strict liability, and several breach of warranty claims, seeking to recover the amount of damages Plaintiff paid related to the fire.

5. Defendants Marley Engineered Products and SPX Corporation were served via their registered agent in Colorado on January 26 and January 27, 2022, respectively.

6. Berko Electric Manufacturing Corporation has not yet been served.

7. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b) because it is filed within 30 days of the date of service.

8. A defendant may remove a state court action to federal district court where the district court has original jurisdiction over the action.  28 U.S.C. § 1441. Under 28 U.S.C. § 1332, the district courts of the United States have original jurisdiction over actions where there is complete diversity of citizenship and the amount in controversy is over $75,000.

9. Here, Defendants remove this case to federal court under 28 U.S.C. §1332 because the citizenship of plaintiff and defendants is diverse and the amount in controversy exceeds $75,000.

10. Plaintiff State Farm Fire & Casualty Company is a corporation formed under the laws of the state of Illinois with its principal business address in Illinois. Attached as Exhibit C is a certified copy of the most recent periodic report filed by State Farm Fire & Casualty Company with the Colorado Secretary of State confirming it is domiciled in Illinois.

11. Defendant Marley Engineered Products is a limited liability company formed under the laws of the state of Delaware with a principal business address in South Carolina. Its sole member is:  The Marley Company LLC. Attached as Exhibit D is a Declaration providing the identity and domicile of the sole member of Marley Engineered Products, LLC.

12. The Marley Company LLC's sole member is SPX Corporation (also a defendant in this case).

13. Defendant SPX Corporation is a corporation formed under the laws of the state of Delaware with a principal business address in North Carolina. Attached as Exhibit E is a certified copy of the most recent periodic report filed by SPX Corporation with the Colorado Secretary of State confirming it is a Delaware corporation with a principal business address in North Carolina.

14. Berko Electric Manufacturing Corporation (which has not yet been served) is no longer an independently operating or active company. It merged with and into The Marley-Wylain Company on November 29, 1994. *See* Exhibit D.

15. Although Plaintiff does not provide any amount of damages at issue in its complaint, Plaintiff claims over $100,000 in damages in the Civil Case Cover Sheet, attached in Exhibit A. That is sufficient to satisfy the amount in controversy requirement under Colorado law. *See Ellsworth v. Home Depot USA Inc.*, 2021 WL 2134357, at *2 (D. Colo. May 26, 2021) ("[A] Colorado civil cover sheet constitutes adequate notice of the amount in controversy.") (citations omitted).

16. Removing Defendants are the only defendants who have been served with this lawsuit, and they consent to removal of this lawsuit.

17. Accordingly, complete diversity exists and the amount in controversy exceeds $75,000, establishing jurisdiction in this Court under 28 U.S.C. § 1332(a)(1), and making it removable under 28 U.S.C. § 1441(b).

18. After filing this Notice of Removal, Defendants will file a copy of this Notice of Removal with the Clerk of the District Court of Routt County, Colorado, and will provide notice to Plaintiff as required by 28 U.S.C. §1446(d).

19. Defendants will also file a current docket sheet and separately file each pleading filed in this action to date.

WHEREFORE, Defendants hereby remove the above-captioned case from the District Court of Routt County, Colorado to the United States District Court for the District of Colorado.

Dated this 17th day of February, 2022.

                HUSCH BLACKWELL LLP

                By: */s/ Jamie H. Steiner*
                Jamie H. Steiner
                Ashley DeVerna
                1801 Wewatta Street, Suite 1000
                Denver, CO 80202
                Tel: 303.749.7200
                Fax: 303.749.7272
                jamie.steiner@huschblackwell.com
                ashley.deverna@huschblackwell.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on this 17th day of February, 2022, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Alan Greenberg, #18817
Greenberg Sada & Moody PC
770 W. Hampden 227
Englewood, CO 80110

*Attorney for Plaintiff*

                                              */s/ Tessa Kern*
                                              Legal Support Team Specialist